**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor, New York, NY 10007
Tel: (212) 417-8700  Fax: (212) 658-9483

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 20, 2024

**BY ECF**
The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** **United States v. Valerio Pujols**
**24 Cr. 442 (NRB)**

Honorable Judge Buchwald:

    I write with no objection from the Government or Pretrial Services to respectfully request that the Court modify Ms. Valerio Pujols' bail conditions. Specifically, I request that the Court allow Ms. Valerio Pujols to travel to Paramus, New Jersey on September 8, 2024 to attend her friend's 4-year-old daughter's birthday party, and Teaneck, New Jersey on September 28, 2024 to attend a close friend's baby shower.

    On May 7, 2024, Ms. Valerio Pujols was released on a $50,000 personal recognizance bond, cosigned by one financially responsible person, with travel restricted to SDNY/EDNY. She has been fully compliant with her conditions. As stated above, there is no objection from the Government or Pretrial Services. Thank you for your consideration of this matter.

Respectfully submitted,

/s/
Marisa Cabrera
Assistant Federal Defender
(212) 417-8730

```
Application granted.
SO ORDERED:
```

*[signature]*
**HONORABLE NAOMI REICE BUCHWALD**
```
Dated:    August 21, 2024 New York, New York
```

cc:  AUSA Benjamin Anthony Gianforti
     Pretrial Services Officer Karina Chin Vileforte