# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor, New York, NY 10007
Tel: (212) 417-8700  Fax: (212) 658-9483

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

Southern District

October 24, 2024

**BY ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:    United States v. Sarah Valerio Pujols**
         **24 Cr. 442 (NRB)**

Honorable Judge Buchwald:

     I am the attorney representing Sarah Valerio Pujols in the above-referenced matter and am writing to request an adjournment of Ms. Valerio's upcoming sentencing proceeding, currently scheduled for November 14, 2024. Ms. Valerio's sentencing submission is due tomorrow, however, the defense is still obtaining documentation that will allow us to effectively represent Ms. Valerio at sentencing.

     Given the holidays and defense counsel's hearing and trial schedule, the defense is requesting an adjournment to the week of January 27, 2025 or later. I have consulted with AUSA Gianforti and he has no objection to this adjournment request. Thank you for your consideration of this request.

Respectfully submitted,

Marisa K. Cabrera
Assistant Federal Defender
(212) 417-8730

cc:    AUSA Benjamin Anthony Gianforti