Dear Judge Buchwald,

My name is Eddy R. Perez, and I am the husband of Sarah Valerio Pujols and the father of our son, ████. Thank you in advance for the opportunity to have your attention.

I first met Sarah in 2010, at a gathering with friends. She stood out to me as a very intelligent person with a good heart. With God's grace, we kept in contact and dated for 6 years before getting married. Having been with Sarah for 14 years, I can honestly say that she is someone with an immense heart and is completely devoted to her family. She is an exceptional mother and daughter, and she has always been diligent, morally conscious, and respectful of everything related to the law and all that it implies.

During all the years that we have been together, I have never seen Sarah violate the law, whether it's civil, traffic, or any other type. I have never seen her get even a parking ticket, which is why it was so incredibly shocking to hear about her arrest. That said, Sarah always goes out of her way to help others to the point that the word "no" does not exist in her vocabulary when someone needs a favor from her or help with errands. At the same time, she is also very confident and trusting of the people around her. She leads with the mentality that everyone is good, opening her heart and home to all of her friends and family. I love this about her, but her trust is also something that we are paying for dearly since the start of her case.

This case has been a nightmare for our family. Sarah's personal trust in others, especially her loved ones, became my trust as well. It was to the point that I also could not see any signs that her friend approached her with harmful intentions that would come to affect not only us as a couple, but also our son. I met the person who got Sarah involved in this situation 14 years ago at the beginning of our relationship. When I asked who he was, Sarah told me he was part of the family and that's why I never questioned anything in relation to that person again. He was always present in Sarah's life and, based on what I saw, he would support her emotionally and with anything she needed help with. He was the only person among her friends and family who was there for her so intimately because, like me, Sarah was alone in NYC. We have no family members here, and so this person was involved in all our efforts to find and have the child that we wanted for so many years. It took many visits to the doctor, many tests, procedures, and treatments, all of which took a heavy toll on Sarah's body and mental health. We would have to get up at 5:00am to make it on time to Sarah's fertility specialist appointments in Long Island, which this individual would accompany us to. Finding out his intentions, after all we've been through with him and considering him family, completely took me by surprise and strongly impacted our lives.

As a husband and a father of our 4 year old child, I have been living with anxiety and anguish since they day the officers almost knocked down our door at 6am the day she was initially arrested. I live with fear of whether she will be taken away at some point. I work and try my best to support our family and provide for our home, but she is everything to my son and I. She is the pillar of our family, the one who runs the house and takes care of our child and his schooling

single-handedly. There are days when I don't even sleep just thinking about the impact this would have on our lives if Sarah were to be gone for a while. Not only to me, but also to our child who still 100% depends on his mother because of the attachment they have to one another. She can't even go to the bathroom for 5 minutes without him starting to ask for his mother and doesn't stop looking for her until he finds her. It breaks my soul.

The idea of thinking that we might be separated, and I'll be left alone with ▮▮▮▮ terrifies me. It is not something that I ever imagined could happen to us, and it's not a change that we're prepared for mentally, emotionally, and economically. The economic impact alone of Sarah going to prison would be detrimental to our family, and my son and I's lives would change drastically. With my job at the mechanic, I am the only source of income we have and if Sarah were gone I would also have to be a mother and a father at the same time. I would have to adjust my schedule or find a new job entirely to pick-up the responsibilities of our child, including cooking, cleaning, taking him to school and picking him up, after-school activities, and so much more because we can't afford to pay for a babysitter. I have no idea how I would deal with being our son's only caretaker while working, and I dread the thought of this becoming our reality. I would do my best to live with the circumstances and learn as I go, but there is no doubt that ▮▮▮▮ would feel the absence of his mom and impact of it the most. Living with the uncertainty of whether our entire lives will change has been difficult, but I have been trying to prepare myself for whatever comes our way. I don't know how I will do any of this if Sarah were to leave.

I am aware of the mistake that Sarah made, and I understand that it has consequences, but I also know that she is an incredible person who has shown true remorse for her actions. She regrets it every single day and is heartbroken by the possibility of being taken away from our family. She has done everything within her power to learn, grow, and improve since the start of this case, and I know she will never do anything like this again for her own sake and that of our son. Your Honor, I trust your good heart and intelligence, and I will calmly accept any decision you make.

Thank you for your time.

Sincerely,

Eddy R. Perez

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York

Honorable Judge Buchwald,

My name is Elena Steffen and I am the second of five siblings, of the which Sarah is the youngest. When Sarah was born, I was 14 years old and her birth brought an immense happiness to my life. Every day I would hurry to arrive home early from school to carry her, pamper her, and take her photos, and when she started walking I would tell people she was my little girl.

At the age of 7, Sarah had the opportunity to emigrate to this great nation that we are so grateful for and proud of. At school, Sarah was an exemplary student. I personally attended parent-teacher meetings with her teachers and they always told me that Sarah was very intelligent and consistent. Through time we have had a relationship that extends beyond sisterhood, it has been one of mother and daughter. When my children were born she still a girl and helped me a lot with them—she has seen them grow up. Sarah is a family member who radiates love and always fights for unity. In the family, Sarita, as we affectionately call her, has always been present for the birthdays, holidays, and for any situation where we needed her .

We accompanied her all throughout her difficult path towards motherhood—it was a strenuous period that took so much out of Sarah to have her only son. I could see the emotional and financial cost that this had and the stress this caused her. However, everything was worth it at the end because now I can see how wonderful and good of a mother she is with her son, ██████ She instructs him with love, reads him books each day, and is instilling values in him to be a good person in the future in order to contribute positively to our society.

Sarah has also dedicated herself to taking care of our mother, who already in an advanced age and needs help for basic life activities. She takes her shopping, helps her with her medicine, takes her to her doctors' appointments, prepares her food, and makes her happy by bringing ██████ to spend time with his grandmother.

I don't know what exactly led her to commit this serious mistake and there is no justification some for what she he did, but as her big sister I swear that she is very remorseful and fully regrets her actions. Sarah knows that the consequences of her actions are inevitable. We are all suffering with her, we can no longer sleep or enjoy life as we did before and I can also see the emotional burden and suffering she is going through. She doesn't sleep well and she feels ashamed of what she did.

In this moment, what worries Sarah the most are her little son who would be devasted if separated from her, and her mother who needs her so much since all of our siblings live outside of New York.

Sarah has made positive changes in her life in the past couple of years. Sarah has been preparing herself for many personal and professional changes long before this case. Aside from taking care of her family, she also plans on starting her own home decoration and aesthetics business. She has been preparing for this by taking several professional courses. In doing so, Sarah hopes to improve her life and build a better future for her son.

I have promised help her emotionally and financially by the time this such a painful situation happened she can put in his plans are underway, and having paid his debt to society and vindicated, she So can reborn and begin a new life. I dream of him day in which I can hug her and leave this experience in the past having learned from mistakes and undertake by the path of truth and justice. Wanna be next to her as when all it started, when we were so happy, like when she was born.

Honorable judge, as I mentioned before, I don't know the specific reasons that led my sister to commit such a serious offense, but I do know that she deeply regrets this. I, as her sister suffering alongside her, implore you to have leniency with her and consider a judgment an alternative punishment to imprisonment that will allow Sarah to stay close to her son. He is barely 4 years old, and he is the center of her universe.

Sincerely,

Elena Steffen

August 7, 2024

Honorable Judge Naomi Reice Buchwald
United States District Judge
Southern District of New York


Dear Honorable Judge Buchwald,

My name is Ana Minaya-Walters and I am writing to provide a letter of support for Sarah
Valerio, whom I have known for 28 years. I am aware Sarah will be appearing before you in
court, and I would like to express my support towards her.

Sarah Valerio is my closest friend and the godmother to my eldest daughter. Although we're not
related by blood, I see her as a sister. We first met during our freshman year of high school in the
same Spanish class, and we instantly connected. We had many shared interests, and Sarah stood
out as a funny, lively, beautiful, friendly, and intelligent young woman. I knew from that first
day that we would become best friends. We completed high school together and continued our
college journey side by side.

Over the past 28 years, I have recognized Sarah as an individual with numerous admirable traits.
She embodies honesty, loyalty, responsibility, charisma, kindness, generosity, and love. Her
presence is always felt, as she has a unique ability to brighten any space she enters and is
cherished by many. Sarah also played a significant role in my life by introducing me to my
husband, Abraham Walters, with whom I have been happily married for 18 years and have two
wonderful daughters. I am especially grateful to Sarah for her willingness to help with my
daughters whenever I needed support. Her assistance was especially valuable during one of the
most challenging times in my life. When my father suffered a stroke a few years ago, Sarah was
there for me in a way no one else was. It was an incredibly frightening and stressful period, but
Sarah stepped up to care for my daughters, ensuring they were well taken care of, keeping up
with their schoolwork, and helping them feel secure and untroubled. Her actions during this time
reaffirmed her kindness, selflessness, and empathy, qualities that have always defined her.

Sarah expressed numerous times that she wanted to conceive a child, but she was having
difficulties doing so for a long period of time. Her journey to become a mom was complicated
and she was also struggling financially. Sarah got pregnant during the pandemic and was
unemployed. These factors were worrisome, the thought of bringing a child into the world given
the circumstances at the time was unsettling. When Sarah became a mother to her son, I was able
to witness her in another light. Her gentle, nurturing, and loving attributes shined brightly. Her
dream of becoming a mother is now a reality and she is doing an amazing job. When I found out
about her case, I thought to myself: "her financial struggles are the only reason why I can think
she did this". I know her and I know her heart; she wouldn't have done this if she was not really
struggling financially. Sarah made a mistake, but she is a person of good character. I am aware of
her deep remorse for her actions and her overall regrets.

This situation has impacted her family and friends tremendously, but especially her husband, 4 year-old son, and mother. As her mother's primary caregiver, she is the person her mother relies on for aid and support. The emotional strain has led to a deep sense of despair, with Sarah's mental health suffering as a result. The thought of being separated from her loved ones is causing her immense distress and fear. This situation not only affects her directly but also creates a ripple effect of pain and hardship for those closest to her.

Once this situation is resolved, which I hope will happen soon, our family and friends will stand by Sarah as she works to overcome this challenging period. I urge you to show compassion and understanding in this matter, as I firmly believe Sarah is a valuable member of society who will not reoffend. I am confident that she will learn from this experience and not repeat her mistakes. Please take this support letter into account before making any decisions. Sarah is committed to making amends, and I am certain her positive contributions will once again benefit our community.

In conclusion, Sarah Valerio has been an extraordinary presence in my life, embodying qualities of friendship, support, and unwavering loyalty. From our initial connection in high school to the shared experiences of our academic journey, Sarah has consistently demonstrated that she is more than just a friend, she is a cherished sister in every meaningful way. Her kindness and selflessness, especially during the most challenging times, highlight the depth of her character and the strength of our bond. I am profoundly grateful for her and consider myself fortunate to have her as an integral part of my life.
Thank you for your time and consideration.

Very Respectfully,

Ana Minaya-Walters

August 7, 2024

Honorable Judge Buchwald,

My name is Geovanna Abraham, and I am Sarah Valerio's best friend. I met Sarah our freshman year of high school. I entered high school with friends from my elementary school that Sarah thought were a bad influence for me so we didn't become friends at the start. She was right and my friends dropped out by sophomore year. We have been inseparable ever since.

Sarah is one of the most extraordinary individuals I have ever met. Sarah guided me in school and defended me against everyone. We did absolutely everything together. I was struck by her kindness and outgoing personality. Being quiet and shy myself, I thought we were the perfect match. She helped me be the mother that I am to my 12-year-old son today with her constant support and being a guiding light for me amidst my divorce. She makes me feel valued and understood and has the ability to uplift me, be it with jokes or just her positive energy.

Sarah has also become a part of my family. She calls my mother "madre" and my aunts are her "tias". We have shared many family gatherings, traditions and important milestones. Her infectious enthusiasm and genuine care made her an integral part of our lives. Her presence always brings joy and warmth and has earned her a special place in our hearts.

Sarah has faced significant challenges over the years that have undoubtedly impacted her decision making. One of the most profound difficulties has been her struggle with infertility. Her intense desire to become a mother, coupled with the emotional journey of trying to conceive and failing had a tremendous strain on her both mentally and emotionally. I think her journey to motherhood had affected her judgement.

It is important that I acknowledge that Sarah did make a mistake, however, I have witnessed firsthand her deep remorse and genuine regret for her actions. She has openly expressed her sorrow and has been committed to taking responsibility and making amends. Her remorse is evident not only in her words but also in her actions as she has been working to address and rectify the circumstances that led her to this situation.

Despite these circumstances, it's crucial that I highlight her role as a devoted mother to ██████ a 4-year-old, and the positive impact that she has on her family. Her desire to become a mother was a driving force. She would see therapists attend numerous appointments, and although I knew it was draining her, she remained positive that one day it would all work out. From the moment that she became a mother, Sarah has demonstrated so much love and dedication for ████ I have witnessed her tireless efforts to provide a nurturing and supportive environment for him since day 1. ████ benefits from the stability and care that she provides.

Sarah is actively committed to improving her future in both her professional life and as a mother. Her determination to build a better life for herself and her family is evident in her approach to personal and professional development. Though she works as an aide in her mother's care, she is working toward enhancing career prospects. She is actively taking courses in her free time to enhance her skills and refining her resume to ultimately make her more competitive in the job market.

Thank you for taking the time to consider this perspective. I believe in Sarah's capacity for growth and change, and hope that this understanding will aid in your deliberations.

Sincerely,

Geovanna Abraham

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York

Your Honor,

My name is Carolina Santana, I am a mother and a good friend to Sarah Valerio Pujols for over 10 years. I met Sarah through mutual friends at a gathering and instantly connected with her. Sarah was always the life of the party. She had a vibrant energy, good sense of humor, and a genuine zest for life. It was easy for someone like me to bond with someone like her. For many years our relationship by uniting with our circle of mostly female friends—celebrating on holidays, birthdays, and just getting to have a good time.

Sarah was not just a "good time" though, I knew her to be very independent. We always viewed her as a responsible hardworking woman with goals. She was dedicated to her job with JetBlue, a position she held for many years--for as long as I knew her.

I had my own daughter when I was fairly young and was already a mother when I met Sarah. Naturally in conversations as women we would discuss topics such as life, family, love, marriage, and the future. Sarah is a natural and she embodied the characteristics of motherhood. She is a dog-mom to her "baby" Frida. Sarah took Frida to every outing and every event. Frida would wear the best clothes, eat the best food, and she was embraced by the group as "Sarah's baby." Sarah was caring and empathetic. By the way she treated Frida, it was obvious to our group of friends that she would make an excellent mother one day.

My friends and I were excited to learn about Sarah's union to her husband. In many conversations over the years after her wedding, the topic of motherhood always came up. Sarah would always express her happiness in her new role as a wife and her interest in starting a family. There was a time in our friendship where Sarah became distant as she seemed focused on her marriage and career. I was not seeing her come around as much and there were a few times we would lose touch. She had eventually revealed to us her desire to conceive but shared she was having difficulty in doing so. I believe she was just taking her time away from others to internalize what was happening and to cope with the struggles that come along with that.

Eventually she would express to us her decision to go through IUI treatment. When we found out she was pregnant we were excited for Sarah and of course after giving birth to ███ her life seemed to be complete. Sarah was inseparable from her son. She quickly began bringing ███ and Frida to our home and he too became our baby.

The news of this matter caught me by surprise since it is completely out of the spirit of who Sarah is. Sarah is everything I mentioned earlier in this letter, and I will not judge her by her decisions. To me she will always be that fun, loving, hardworking woman. This situation has utterly destroyed her. Sarah is constantly thinking about ███ and is losing sleep due to her fears and concerns for his future and well-being. I understand the

seriousness of this situation and I believe she does too. As a mother I can easily empathize and understand what drove her. Infertility is sensitive and emotionally taxing. IUI treatment is an intense commitment physically, emotionally, spiritually, and of course financially. To me she is not a criminal but a woman who was desperate to share her abundance of love and was determined to achieve that goal.

Sarah Valerio Pujols understands she is to make reparations for what she did wrong. I can attest she has shown sincere remorse for her actions. She has also discussed her plans with me for the future. She was excited that ▓▓▓▓ is starting school in the fall and was looking forward to his new journey. She shared her ideas regarding starting up her own business or venturing into remote work so that she can continue to be present with her young son. I have already advised Sarah I would be there to support her and her family no matter what the outcome may be.

Her friends will continue to be aunts and mother figures to ▓▓▓▓ I am more than willing to provide a reference for her to find employment in the future. I have also offered my time to assist her in her new business venture and spread the word to build her clientele. We have already expressed to Sarah she has our full support in whatever she may need. Whether its financially to help start her business, we will be there. If she needs us to pick up ▓▓▓▓ from school., we will be there. If she needs someone to stay with little Frida, we will also be there.

Sarah Valerio Pujols belongs with society. She belongs with Frida, with her husband, family, and friends. She belongs with her most precious little ▓▓▓▓ We will be there with Sarah as she accepts her fate and, most importantly, as she rebuilds her life. I am writing this letter in hopes that you would consider an alternative that will allow her to do so. I do hope that for all these reasons some leniency will be shown.

Thank you for your time and consideration.

Sincerely,

Carolina Santana

Honorable Judge Naomi Reice Buchwald
United States District Judge
Southern District of New York

Dear Judge Buchwald,

My name is Ana Lantigua, and I am writing this letter to express my unwavering support for my dear friend, Sarah Valerio Pujols, who is currently involved in a criminal case before your court. I have known Sarah for 23 years, and over this period, she has become an indispensable part of my life, exemplifying qualities that I hold in the highest regard.

I first met Sarah through a mutual friend with whom she was working with at the time. From the beginning, Sarah's kindness, generosity, and resilience stood out. Our friendship has only grown fonder over the years, and I have countless memories that showcase her remarkable character.

One particular instance that vividly illustrates her character occurred when my husband was very sick, and I was going through one of the toughest times in my life. Sarah consistently checked in on me, always ensuring I was coping well. She frequently visited me with food and helped take care of my home, dog, and family when I was occupied with hospital visits. Her selflessness during this difficult period left a lasting mark on me, demonstrating her genuine and caring nature.

Sarah's dedication to her family and friends is unparalleled. She has been a pillar of support for many, often putting the needs of others before her own. For example, she once went out of her way to plan a surprise birthday dinner for one of our close friends. Sarah meticulously organized the event. It was an emotional evening for our friend, who was overjoyed to see loved ones she hadn't seen in a long time. This memorable occasion would not have been possible without Sarah's thoughtful planning and dedication.

Understanding the context of Sarah's current situation is crucial. Throughout her life, she has faced numerous challenges. Despite these adversities, Sarah has always shown remarkable strength and determination to overcome them. I believe these difficult circumstances have played a role in the decisions that led to her current legal troubles. However, it is important to note that her involvement in this case is not reflective of her true character.

Sarah is deeply remorseful for her actions, and I have witnessed firsthand how this case has affected her emotionally and mentally. The weight of this situation has been a heavy burden for her, and it has also had a significant impact on her family and friends. Her partner and child have struggled with the uncertainty and stress that this case has brought into their lives. Nevertheless, this ordeal has also prompted profound personal growth and self-reflection in Sarah. She has expressed a strong commitment to making amends and ensuring that she never finds herself in a similar situation again.

Looking to the future, Sarah has clear and constructive plans for her life post-trial. As her friend, I am committed to supporting her in these endeavors. I will be there to provide emotional support, help her navigate the job market, and assist in any way necessary to ensure her successful reintegration into society.

In conclusion, I respectfully urge Your Honor to consider the person Sarah truly is, beyond the confines of this case. She is a dedicated mother, a loyal friend, and a compassionate individual who made a mistake under challenging circumstances. Her remorse is genuine, and her resolve to improve her life is strong. With the right support and guidance, I am confident that Sarah will be able to contribute positively to society and avoid any future transgressions.

Thank you for taking the time to read my letter and for considering my perspective.

Sincerely,
Ana Lantigua

Honorable Naomi Reice Buchwald

United States District Judge

Southern District of New York


Dear Judge Buchwald,


My name is Alicia Pujols and I am the mother of Sarah. Sarah is the youngest of my five children and she is the closest to me both physically and emotionally. The passage of time has taken a toll on my health and Sarah supports me in all my daily activities as my Home Health Aide. She always makes sure I don't miss anything, makes sure I take my medications, and accompanies me to my medical appointments.


I want you to know that I have been a Seventh-Day Adventist for more than 50 years, and as a mother and Adventist I instilled in my children the importance of being honest and fearing the word of God. I feel devastated by the bad decision my daughter made years ago and I understand that this has its consequences. But as a mother, I ask that, if it is within your means, you give her a sentence that allows her to continue taking care of me in my last years and to remain with her 4 year old son who needs her every day and night.


Sarah is a devoted mother, and she is the center of the lives of her husband and my grandson, ▮▮▮▮▮ I know that her husband would suffer as much as I would if they were to separate her from him. ▮▮▮▮ was a long-awaited child. Sarah prayed to have her baby for years and, after many struggles, God answered her prayers. She has been a part of a large family and her dream of being able to have her own child was always her reason for living. She takes care of her son full time with such dedication and he is full of love and affection. You can see the good job she is doing in raising him because he is a happy, healthy child full of love for everyone. ▮▮▮▮ is at a critical age in childhood, and it would be harmful to separate him from his mother.


Sarah has many plans for the future. We have talked about all the courses she has taken and is currently taking to improve her resume and get a better job. She wants to get a job that allows her to work from home and thus be able to continue caring for her son. She has always been a driven person and I know she is working hard to move forward.

With all due respect, I once again plead that you consider an alternative punishment to incarceration, for the benefit of Sarah's mental health, that of our family, and even more importantly for the benefit of █████

Thank you for taking the time to read my letter.

Sincerely,

Alicia Pujols

July 25, 2024

Honorable Judge Naomi Reice Buchwald
United States District Judge
Southern District of New York

Your Honor,

I am writing to you to provide a letter of support for Sarah Valerio Pujols who is currently facing legal proceedings and possible jail time for a crime committed in the past. I have had the privilege of knowing Sarah for over 20 years and can attest to her outstanding character and the significant positive impact she has had on those around her. Our longstanding friendship has allowed me to observe her character and values closely, providing a deep understanding of who she is as a person.

Sarah is a devoted mother who, after overcoming significant challenges, was able to conceive her son. She has poured her heart and soul into raising him, ensuring he is loved, supported, and provided with a nurturing environment. Her dedication to her family is evident in the countless hours she spends caring for them and being present for every milestone in their lives.

Sarah is one of the most compassionate and resilient individuals I have ever met. I vividly remember the time when Sarah was undergoing her IUI journey. It was a period filled with emotional highs and lows, but Sarah's determination and unwavering spirit were truly inspiring. Despite the physical and emotional toll that the process took on her, Sarah remained hopeful and positive, always willing to lend an ear or a shoulder to her friends. Her strength during this challenging time was a testament to her character and her dedication to becoming a mother.

Regarding the circumstances that led to Sarah's current situation, I believe there were several factors that influenced her decision-making. Sarah has faced numerous hardships throughout her life, including financial struggles and the emotional turmoil of infertility. Her deep desire to be a mother and the stress of financial instability undoubtedly impacted her judgment. Sarah acknowledges her mistakes and has expressed profound remorse for her actions. She regrets the decisions she made and understands the gravity of her situation.

The impact of this case on Sarah and her loved ones has been significant. Sarah's child and partner have experienced immense emotional strain, and the uncertainty of her future has weighed heavily on the entire family. This ordeal has changed Sarah profoundly. She has become more introspective and is determined to make amends for her past actions. Sarah's behavior has shifted, reflecting a newfound commitment to leading a responsible and law-abiding life.

As a friend, Sarah is unwavering in her support and loyalty. She has been there for me and many others during times of need, offering a listening ear, sound advice, and a shoulder to lean on. Her kindness and generosity know no bounds, and she has a remarkable ability to bring comfort and solace to those who are struggling. Moreover, Sarah is a caring daughter who takes her responsibilities to her mother very seriously. She ensures that her mother is well cared for, often going above and beyond to provide emotional and physical support. Her compassion and dedication to her family are truly admirable.

Looking forward, Sarah has concrete plans to rebuild her life and provide for her family once her case is resolved. She is eager to return to work and has expressed interest in pursuing further education to enhance her skills. I am committed to supporting Sarah in any way I can, whether it be through emotional support, helping her find employment, or offering financial assistance if needed. I believe in her ability to turn her life around and am confident that she will make a positive contribution to society.

I understand the seriousness of the crime committed by Sarah, and I do not intend to diminish its impact. However, I respectfully ask you to consider the person she has become over the years. She has worked hard to build a positive life for herself and her family, and she deeply regrets her past actions.

A sentence of incarceration would not only hurt Sarah, but also have a devastating impact on her son and family, who rely on her daily presence and support. I sincerely hope that the court can consider her character, her contributions to her family and community, and the time that has passed since the crime was committed.

Thank you for taking the time to consider this letter. I am confident that Sarah will continue to be a positive influence in the lives of those around her and that she has much to offer her family and community.

Yours sincerely,

Ana M. Rojas

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York

Dear Judge Buchwald,

My name is Dioffre Cruceta, and I am writing to support Sarah Valerio Pujols, whom I affectionately call Sarita. I have known Sarah for over 13 years, having met her through my wife. Sarah is a part of my wife's friend group, and over time we all became a close-knit community of friends who support each other through life's ups and downs, including child care and emotional support. From the moment we met, Sarah's warmth and kindness were evident. She quickly became an integral part of our circle of friends.

Sarah has always shown a remarkable ability to care for and connect with others. One specific memory that stands out to me is how she consistently checked in on my family. She would always lead our conversations by asking about my two sons, Preston and Greyson, and she formed great relationships with them. There were moments where she would sit with Preston and have conversations to teach life lessons and give advice. One time, when Preston was working on a school project about his culture and heritage, Sarah took the time to sit with him, providing stories and speaking to him about Dominican history. This small act exemplified her caring nature and commitment to helping others. Her genuine care and attention to detail always made us believe she would be a wonderful parent, and she has proven us right with the way she raises her son, ████.

I do not know Sarah to commit such a crime; she has always been honest, caring, and has consistently led with integrity. In all our years of friendship, Sarah has shown these qualities time and again, whether in casual conversations or more serious matters. Sarah has always been the person we could rely on for honest advice. When another member of our friend group faced a difficult decision at work, Sarah was there, providing thoughtful and principled guidance.

While I do not know what influenced Sarah's actions, which are so out of character for her, I believe that she must have been carrying an extreme weight or burden to make such a choice. This situation is not reflective of the Sarah I know and care about deeply. I don't know this to be the reason, but I do know she was having a hard time trying to start a family with her husband and was on fertility medications. Sarah has always handled stress with grace, but the pressures of financial strain and personal loss can sometimes push people to uncharacteristic actions. Whatever the burden, it must have been immense.

Sarah's remorse for her actions has been genuine. As the Director of School Culture and Restorative Justice at a high school, with over 20 years of experience in supporting students who make poor choices and using restorative practices, I can attest to the sincerity of Sarah's regret. The process of restoring oneself and facing consequences, especially when one stands to lose everything they have worked for, is a significant deterrent for someone like Sarah, for whom this behavior is out of character. Sarah has expressed deep remorse and understanding of the gravity

of her actions, and she is committed to making amends. In my professional experience, genuine remorse is a critical step in restorative justice. Sarah's sincere regret mirrors the deep, transformative remorse I've seen in students who turn their lives around.

The possibility of being without Sarah has had a tremendous impact on her immediate family, who may have to raise ███████ without her. This potential separation is devastating for all of them, highlighting how integral Sarah is to their lives. The emotional and practical support she provides is irreplaceable. I've seen the strain on her family firsthand. Her absence would not only be a logistical challenge, but an emotional void that will be impossible to fill for such a close family.

Looking to the future, Sarah is committed to continuing to be the great mother she is to her son, a loving wife and pillar to her family, and a friend we can all count on. She aims to remain a productive member of our tight-knit community and society at large, as she has proven to be over the years. Our community is ready to help Sarah reintegrate, offering emotional support, networking for job opportunities, and ensuring she has a stable environment to continue her positive contributions.

I will stand and support Sarah in any way I am capable of, whether it be emotionally, helping her find new opportunities, or providing guidance through this challenging time.

Thank you for taking the time to consider my perspective on Sarah. I hope this letter helps provide a fuller picture of who she is outside of this case.

Sincerely,

Dioffre Crucetas

August 7, 2024

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York


Dear Judge Buchwald,

I am writing this letter in support of Sarah Valerio Pujols. My name is Aida Estevez-Felipe, and I met Sarah through a mutual friend over a decade ago. Since then, she has become a close friend. We get together for birthdays, holidays, and often spend quality time together. In my experience, Sarah is the type of person to invest in and commit to friendships.

Sarah is a woman of incredible strength, compassion, and resilience. I have seen her overcome many challenges in her life, always with grace and determination. Her greatest joy comes from being a mother to her beloved child, █████ Sarah is a devoted parent, always putting her child's needs first and working tirelessly to provide them with a loving and nurturing home.

In addition to being a loving mother, Sarah is also a dedicated caregiver to her elderly mother. As a home health aide, she demonstrates exceptional patience and kindness, ensuring her mother receives the best possible care. I have witnessed firsthand the sacrifices Sarah has made to care for her family, often putting their needs before her own.

I believe that Sarah's actions that led to this case were influenced by the immense pressure she felt to provide for her family. Her desire to be a mother and the difficulties she faced in conceiving a child weighed heavily on her. Additionally, financial struggles may have played a role in her decision-making process. Sarah's journey to motherhood highlights an important issue: fertility treatment is often not financially accessible to those in underserved communities like the one Sarah is a part of. I know that Sarah deeply regrets her actions and is truly remorseful for any harm she may have caused.

This case has had a profound impact on Sarah and her loved ones. The prospect of separation from her young child, with whom she has an inseparable bond, has caused her immense worry, anxiety, and deep sadness. Her partner and family have also been deeply affected, experiencing emotional distress and uncertainty about the future.

Despite the challenges she has faced, Sarah remains hopeful for the future. She is committed to turning her life around and making amends for her mistakes. She plans to go back to school, give back to her community by working with young mothers, and seek employment. Above all,

she remains devoted to being a loving mother and daughter. I will support Sarah in any way I can, offering both emotional support and practical assistance as she pursues her goals.

I believe that Sarah is a good person who made a mistake under difficult circumstances. I urge the court to consider her remorse, her commitment to change, and the positive impact she has on those around her. I am confident that given the opportunity, Sarah will emerge from this experience a stronger person who has grown and learned from this experience.

Sincerely,

Aida Estevez-Felipe, LMSW

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York


Dear Judge Buchwald,

I am writing this letter to express my support for Sarah Valerio Pujols, a dear friend and colleague whom I have had the honor of knowing for over a decade. Our journey together began when I landed my first job at Jetblue, fresh out of college, with little experience and almost no friends in the area. Sarah was a beacon of warmth and kindness during that period, helping me find my footing both professionally and personally. Her support was invaluable when I decided to pursue graduate school, and even as I returned to academia to earn my MBA. Amidst her own personal challenges, Sarah continued to reach out, ensuring I was doing well and offering her steadfast encouragement.

Sarah has always been someone who makes others feel at home. Her innate kindness and genuine concern for those around her have made a lasting impact on my life and the lives of many others. She is the type of person who prioritizes family above all else, consistently demonstrating her dedication and love for her loved ones. It has always been Sarah's dream to have a family of her own, a dream that finally came true with the birth of her son, ███ and the adoption of her dog Frida. Despite the joy this brought, Sarah's journey was far from easy, as she struggled with the emotional, physical, and financial challenges of trying to conceive, all while caring for her ailing mother.

The stress and pressure of these circumstances led to a lapse in judgment, resulting in Sarah's involvement in the case that has been brought forth. While her actions cannot be excused, they should be viewed in the context of the overwhelming burden she was carrying at the time. This was a deviation from her true character, one marked by integrity, compassion, and resilience.

Throughout the years, Sarah has consistently demonstrated strength in the face of adversity. She is someone who learns from her experiences and is committed to personal growth and improvement. Her unwavering support for me during my educational pursuits, even while dealing with her own difficulties, speaks volumes about her selflessness and dedication to others.

Sarah's current situation has had a profound impact on her family, yet she remains resolute in her commitment to being a loving and nurturing mother to her son. Her dream of building a strong, supportive family is one she is determined to fulfill, and I have no doubt that she possesses the inner strength and determination necessary to overcome this challenging period in her life.

Sarah has always been a person who brings out the best in others, offering support, guidance, and a listening ear whenever needed. Her ability to connect with people on a deep and meaningful level has fostered a community of friends and colleagues who hold her in high regard. Even now, as she faces legal challenges, she continues to support those around her.

I believe in Sarah's ability to learn from her mistakes and move forward with renewed purpose. She has expressed deep remorse for her actions and is committed to making amends and rebuilding her life for the sake of her son and family. Sarah's dedication to personal growth and her unwavering commitment to her family are qualities that will undoubtedly guide her through this difficult time and toward a brighter future.

In conclusion, I wholeheartedly support Sarah as she navigates this challenging period in her life. I am confident in her ability to emerge stronger and more resilient, driven by her love for her family and her desire to be the best mother she can be. Her kindness, generosity, and unwavering support for others have touched the lives of many, including mine, and I am certain that she will continue to be a positive force in the lives of those around her.

Thank you for taking the time to consider this letter of support. Please feel free to contact me if you have any questions or require further information.

Sincerely,

Vance Green

Honorable Naomi Reice Buchwald
United States District Judge Southern
District of New York

Dear Judge Buchwald,

I am writing to you in support of Sarah Valerio, who I have had the privilege of knowing for about 10
years. My name is Johaira Hernandez, and I am a close friend of Sarah's. I met her via Geovanna
Abraham. Geovanna organized a makeup class for my other friends and I to celebrate the holidays, and
she brought Sarah in to be her model. Once we met, we both laughed at how much we resembled each
other and have been friends ever since. She has been a part of my gatherings and special moments, and
I consider her a true friend who has always offered unwavering support when I have needed it most.
She has celebrated my successes and provided me strength through difficult times. She is a cherished
confidant who truly embodies the essence of a great friend.

I wanted to provide you with some insight into Sarah's character and the context surrounding her
situation. One of the most vivid examples of Sarah's character was when she took on the role of
caregiver for her mother. Despite the challenges that came with this responsibility, I noticed that Sarah
approached the role with a level of compassion and dedication that is truly remarkable. This
selflessness and unwavering commitment exemplify Sarah's nurturing and caring nature.

In understanding the circumstances that led to her current situation, it's important to acknowledge the
difficulties she has faced. Sarah has experienced significant personal hardships, including challenges
with conceiving a child and the emotional strain of that. While Sarah has acknowledged the mistakes
she has made, I want to emphasize her deep remorse and genuine regret for her actions.  I understand
the gravity of these actions and do not condone them, however my support is rooted in my belief in her
capacity for growth and change. Those circumstances and the pressures she faced do not excuse her
behavior, but they offer context for understanding her actions.

Looking ahead, Sarah is determined to make amends and rebuild her life. She has expressed a strong
desire to pursue other employment and engage in activities that will contribute positively to her
community especially with her son now attending school. I am committed to supporting her in this
journey, both emotionally and practically. Sarah has the potential to make meaningful contributions.


Sincerely,

Johaira Hernandez

Honorable Naomi Reice Buchwald
United States District Judge
Southern District New York

Dear Judge Buchwald:

My name is Madeline Abreu and I am writing to provide a character reference for Sarah Valerio Pujols. met Sarah 15 years ago when she was in the early stages of her courtship with her now husband, who happens to be my ex-husband and my son's father. We became quick friends, and today we refer to each other as family. I am aware of the charges brought against her and the upcoming court proceedings, and I believe it is important to share my perspective on her character and conduct.

I have had the privilege of witnessing Sarah Valerio Pujols demonstrate unwavering integrity, compassion, and responsibility throughout our acquaintance. Sarah has always been a person of high moral character, displaying honesty and truthfulness in all her interactions. My son met Sarah when he was eight years old and each time, he came from a visit with his father he was happy. More than once he mentioned that he loved her and enjoyed spending time with them. He still holds the same regard for her to this day.

Based on my knowledge of Sarah Valerio Pujols, I firmly believe that the actions that led to the charges against her are uncharacteristic of her true nature. I genuinely believe that Sarah Valerio Pujols is a person of integrity who made a mistake and is deeply remorseful for the consequences it has caused.

I also want to make mention of what a wonderful mother she is to her three-year-old son, ███ Sarah had a difficult time conceiving her son and she has made it her mission to be the best parent she can be. I have witnessed this time and time again. This has created a bond so deep that it's truly magical to see. As a clinical social worker, I can say with certainty that if ███ is separated from his mother it is very possible that it will have emotional and psychological ramifications for both him and his mother. Your Honor, if there is an opportunity for Sarah to be held accountable for her mistakes without separating ███ from his mother, I implore that you take it into consideration.

I kindly request the court's consideration of Sarah Valerio Pujols' overall character and previous contributions to society. I am confident that with appropriate guidance and support, she will continue to positively contribute to the community. I firmly believe that Sarah deserves an opportunity for redemption and rehabilitation.

Thank you for taking the time to review this character reference letter. Should you require any additional information or further clarification, please do not hesitate to contact me at the provided contact details.

Warmly,

Madeline Abreu, LMSW

To whom it may concern

My name is Luisa De Jesus, and I am writing this letter in support of Sarah Valerio. Thank you for taking the time and consideration to read my letter. I have been a close friend of Sarah's for over 10 years. I met her during a makeup class that we were both invited to by mutual friends. Since then, Sarah and I have grown to be close friends. We are a close-knit group of friends that gather for special occasions throughout the year. I have always had an appreciation for my friendship with Sarah because she is loving and kind.

Throughout the time that I have known Sarah, I have consistently witnessed her dedication to family, her generosity and unwavering kindness towards others. Sarah has always been a family-oriented individual, placing a strong emphasis on her loved ones and their well-being. Sarah's commitment to family values is a testament to her character and her willingness to provide support to those she cares about. As a friend, Sarah is very loyal, thoughtful of others and incredibly supportive. She always tries to see and understand things from the other person's perspective. Sarah is who takes care of her mother. She cooks for her and takes her to her doctor's appointments. She is very nurturing and kind to her mother. She is also going through a difficult time with her father. Sarah's father is terminally ill with cancer. This has been very hard for Sarah since he lives in another state. Sarah is very close with her parents, and this is taking a toll on her. I have a lot of respect for her dedication to her husband, her son ████ and her family.

Sarah's most desired wish was to become a mother. However, she struggled with conceiving and had to submit herself with IUI treatments. These treatments became very costly for her. This led her to make poor choices in a time of desperation and need. Sarah feels remorse and shame for her actions and really regrets what she did. This action caused her to lose her job, her integrity, and how people view her. Sarah has become closed off and doesn't want to leave her home to be in social settings because she feels shame.

Since this case Sarah has dedicated all of her time to her family. She is a devoted mother to her son ████ and she has dedicated most of her time to him. This case has also brought her and her husband closer together. Her husband has been very supportive of her during these difficult times. They are trying to spend as much time together, enjoying each other's company. Sarah's husband is very sad and worried that she will have to serve time. Her son ████ is very dependent of her and it will be very sad for him to not be with his mother.

Even with these worries, Sarah is taking initiative and making plans for the future. She has been taking some online courses, and she plans to have her own online business someday. She is working on improving herself and is very driven. I understand the seriousness of this case, however, I hope that the court will show some leniency in Sarah's case.


Sincerely,
Luisa De Jesus

25

To whom it may concern,

First and foremost, I would like to thank you for taking the time to read this letter. My name is Julissa Valerio, and I am Sarah Valerio's cousin through our fathers' side of the family. Sarah and I are very close and have experienced a lot of beautiful moments together.

Sarah has always been an inspiration to me because of her diplomacy in difficult situations. She is kind, loving, compassionate and is committed wholeheartedly to her family and friends. She has dedicated her time to nurture, love and raise her beautiful son ████. He is an outstanding, bright young boy. She also cares for her loving mother and is always there to aid her. Sarah is sympathetic, honest, and loyal. She is that stand-up person that I can always rely on. Throughout the years she has been supportive of me and the people that she cares for. She takes pride in doing so. She is funny and simply delightful to be around. Sarah puts her best foot forward with positivity. She genuinely has a good heart.

In the past few years, I have seen Sarah taking life much more seriously after having her son. She went through much difficulty conceiving and submitted herself to strenuous treatments of IUI to conceive. I recall how she was concerned about her finances and not being able to afford further treatments or her bills. The whole ordeal took a toll on her emotionally, mentally, and physically. At that time, she was not at her best. I believe this hardship may have led her to make poor choices for herself.

This situation has affected our family and most importantly her husband. We feel torn, sad, and worried about what the near future may bring for her. Despite it all we still love and support her. Especially now that she is also facing the heart-breaking news of her father being terminally ill with cancer. This has made her union with her husband much stronger and her devotion for her son much deeper. I know that Sarah is remorseful of her conduct and is regretful of her poor decisions. It saddens her to see her family worry about her well being and her future.

Despite her case, Sarah is a great person who continuously and consciously works on being a better person each day. I know that she accepts the responsibility of her actions and will do what needs to be done to prove that she will do better for herself, her family and her community. Regardless of the current difficulties that Sarah is facing she continues to have a positive attitude. Sarah is currently taking online classes to pursue her dreams. She is focused on educating herself so that she can become an entrepreneur. She has great taste in jewelry and home decor and wants to create an online business, so that she c work from home and still care for her son. Sarah has goals and aspirations, and wants to be the best that she can be for herself and her family.

Sincerely,

Julissa Valerio

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York

Dear Judge Buchwald,

My name is Diorlena Caruthers. I am Sarah Valerio's oldest niece. We lived in the same household from when I was born until I was 8 years old. We first lived in a multigenerational apartment building that my uncle owned. Later we moved to an apartment with just my aunt Sarah, my mother, my grandmother, and my two siblings and I. These were honestly some of the best times of my life.

Some of my fondest memories with Sarah include her taking me to the movies for the first time to watch Adam Sandler's *Big Daddy*. She also took me the Met Museum when she was in community college, and I was in elementary school for an assignment she had to complete. This was my first time at the Met, and I remember her diligently observing the Greek and Roman galleries and me being in complete awe of both her and the art all around me. This made a huge impression on me as I child and I grew up to appreciate the arts. She also loved music and writing. She always had the prettiest handwriting, kept personalized stationery and she always kept a journal and planner. Because of this, I asked my mother for a journal as soon as I learned to write sentences. Writing is now an integral part of my profession, and I thank my aunt for making fall in love with it at such a young age. When my mother and her siblings choose to move out of the state in 2002, my aunt Sarah was the only sibling to choose to stay in New York City and care for her elderly parents. In this past year, she has cared for my grandmother as a home health aide, and it has been a big relief to the family as my grandmother is 82 years old and has become a fall risk.

Sarah is the youngest of five siblings. She has always been sort of like an only child because of the big age gap between her and her siblings. My grandparents were older when they had her, and I believe there has always been a disconnect between them because they are two older Dominicans who grew up under the rule of a dictator, and she was a young woman growing up in a much more liberal New York City. Essentially, they are from two completely different worlds. Both of my grandparents worked in factories and live in poverty till this day. Sarah did not have parents that she could rely on financially or emotionally. She has always been independent and has always had a job since she was a young teenager. I feel like my grandparent's inability to connect with her emotionally and inability to provide anything other than the bare necessities, put a lot of pressure on her to fend for herself and led her to make decisions that I know she deeply regrets.

After struggling with infertility for years, my aunt was finally able to conceive a child through IUI. I know this process was physically, emotionally, and financially draining for her. Her son,  is the best thing to happen to her and our family. Since welcoming ▮▮▮▮ I feel my aunt has begun to heal her inner child. ▮▮▮▮ is so smart, and my aunt reads to him and recites words of affirmation with him every day. She is exactly the person she needed growing up, to ▮▮▮▮ I know seeing him grow is her motivation to persevere and do better in life.

This case has been very stressful for Sarah and our family. She has expressed to us how ashamed she is, but is committed to facing it head on and rectifying this wrong. I admire her ability to focus on what she needs to do to make sure this is just a chapter in her book, not the whole story.

I know my aunt is currently completing an online marketing course and, in the future, she hopes to return to community college and finish at least her associates degree. I am prepared to support her financially if need be. I have benefitted from talk therapy, and I will encourage her to seek counseling to help her through this chapter. I will also help her find employment in any way that I can. I have often helped review her resumes and I will continue to forward her opportunities I believe align with her professional experiences. We are all rooting for her in this next chapter of her life, and I will support her efforts in any way that I can.

Sincerely,

Diorlena Caruthers, Esq.

August 8th, 2024

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York

Dear Judge Buchwald,

My name is Naldelina Rosario, and I am writing this letter to offer my unwavering support for my dear friend, Sarah Valerio Pujols. As a Regional Property Manager for Greystar, a global real estate company, I am entrusted with significant responsibilities, including managing assets and ensuring the well-being of the communities we serve. I am a proud New York City native, married, and a mother to a soon-to-be 9-year-old daughter. As a working mom, I understand the challenges and pressures that come with balancing a demanding career with the profound joys and responsibilities of motherhood.

Sarah and I met in 2006 while working at a real estate agency in New York City. From the moment we connected, her charisma, humor, and zest for life made an indelible impression on me. Over the past 18 years, our bond has only deepened, as we have shared the ups and downs of life—navigating singlehood in the city, experiencing heartbreaks, falling in love, getting married, and the trials and triumphs of becoming mothers. Through it all, Sarah has been a constant source of light and joy in my life, and I affectionately call her "Mi Chichi," which means "my Baby" in Spanish—a nickname that speaks to the warmth and care she brings to all her relationships.

One of the most poignant chapters in our friendship was witnessing Sarah's journey to motherhood. The yearning and struggle she endured to become pregnant were both heart-wrenching and inspiring. When she finally became a mother to her son, ▮▮▮▮ it was nothing short of a miracle. The love and gratitude she expresses for this blessing fill me with immense pride. Sarah's role as a mother is, without a doubt, her greatest achievement, and her devotion to ▮▮▮▮ is unwavering.

This current ordeal has affected me deeply, as I cannot help but think about Sarah's headspace during the time she made the decision for which she has now pleaded guilty. I consider the intense pressure she faced—societal expectations, the relentless ticking of the biological clock, and the overwhelming desire to become a mother. These factors, combined with the unsolicited advice and remedies offered by well-meaning individuals, can lead even the most rational person to make decisions that are not in their best interest.

I know, without a shadow of a doubt, that Sarah deeply regrets her actions. The thought of being separated from her beloved son, the child she so desperately wanted, is a punishment that far exceeds any sentence. As she faces the consequences of her actions, I am committed to standing by her side, offering support, and helping her navigate this challenging chapter of her life.

Your Honor, I respectfully ask for leniency in Sarah's sentencing. She is a devoted mother, a loyal friend, and a person who has made a mistake but is ready to make amends. I believe that with the right support

and guidance, Sarah will emerge from this experience stronger and more determined to build a better future for herself and her son.

Thank you for your time and consideration.

Sincerely,

*Naldelina Rosario*

Naldelina Rosario

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York

Dear Judge Buchwald,

My name is Niurka Castro-Cruceta, and I am writing to offer my support of Sarah Pujols, whom I have known since 2004. Sarah and I met through mutual friends and have since become close friends who share conversations about life, parenting, careers, and family.

Sarah is a funny, loving, and selfless person who is incredibly reliable. She is always there to lend a listening ear and is nonjudgmental and extremely compassionate. Her ability to connect with and support those around her is a testament to her character. Sarah has a unique way of making everyone she meets feel valued and understood, and her laughter and warmth are contagious.

Sarah has always been a person who has supported her family and friends wholeheartedly. She is affectionately known as Titi Sarah by my two boys, who always look forward to seeing her and her son, ▮▮▮▮ She has created a special bond with my sons, often spending time with them and sharing her wisdom. One notable example is how she would arrange playdates and activities that allowed my boys to spend time with ▮▮▮▮ helping them connect and grow their bonds. Her dedication to being a positive role model extends beyond her own family and touches the lives of those around her.

Throughout her life, Sarah has wanted nothing more than to be a mother. However, she faced significant difficulties conceiving, and the process of IUI is incredibly expensive. These challenges perhaps led her to make some of the decisions that have brought us to this moment. Motherhood has always been at the forefront of Sarah's plans, and she has given her all to being the best mother she can be. Despite the emotional and financial strain, she remained resilient and hopeful, always putting her family's needs first.

Because of her unwavering commitment to her family and the immense challenges she has faced, I believe Sarah deserves leniency and compassion during this extremely difficult time. As an amazing mother who has so much to contribute to her family and friends, Sarah is a pillar of strength in our community. Her dedication to her son and the love she shows to those around her exemplify the positive impact she has on our lives.

Sarah's arrest has been a shock to all of us who know her well. It is completely out of character for her, and I believe the pressures she faced may have clouded her judgment. I know she deeply regrets her actions and is remorseful for any pain she has caused. The possibility of being separated from her family, especially her son, has had a tremendous impact on her, and it is evident that she is committed to making amends and moving forward  positively.

Thank you for considering my perspective on Sarah. I hope this letter helps provide a fuller picture of who she is outside of this case. Sarah has so much more to offer to her family, friends, and community, and I am confident that, given the chance, she will continue to be a loving mother and a supportive friend.

Sincerely,

Niurka Castro-Cruceta

31

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York

Dear Honorable Judge Buchwald,

I am writing to offer my heartfelt and unequivocal character reference for my aunt, Sarah Valerio
Pujols. To me, Sarah is not only an exceptional aunt but also a treasured best friend and role model.
Her presence in my life has been both profound and transformative, and I am honored to share my
perspective on her character and unwavering support.

Since the day I was born, Sarah has been a constant, loving presence in my life. Her dedication and
loyalty are unmatched, and she has consistently gone above and beyond for those she loves. From
celebrating my major accomplishments—such as my high school, college, and military graduations
—to supporting me through the milestones of becoming a mother, getting married, and purchasing my
first home, she has been by my side through it all.

Her advice has been invaluable, providing guidance and insight that reflect her deep understanding
and wisdom. Beyond her exceptional advice, Sarah possesses an innate sense of style and an eye for
fashion, always knowing how to brighten any occasion with her impeccable taste. She is the
epitome of vivacity and charisma. Her energy and enthusiasm are contagious, lighting up any room
she enters and making every gathering a memorable event. Most importantly, she has been the best
shoulder to cry on, offering comfort and support during life's most challenging moments.

As a mother, Sarah is nothing short of extraordinary. Her son is a testament to her dedication and love;
she prioritizes his well-being above all else, ensuring he is well-cared for and thriving. Her
commitment to motherhood is evident in every action she takes, and her ability to balance her role
as a mother with other responsibilities is truly commendable. She has been a profound source of
inspiration throughout my own motherhood journey.

Although Sarah has experienced a lapse in judgment, which she deeply regrets, it is crucial to
acknowledge her sincere remorse and her proactive plans for the future. She is determined to move
to a better environment to provide a more enriching life for her child, reflecting her commitment to
creating a positive and nurturing future.

In summary, Sarah is a person of exceptional character—loyal, dependable, and endlessly
supportive. Her actions consistently demonstrate her deep love for her family and her unwavering
commitment to their well-being. I believe in her wholeheartedly and am confident that she will
continue to make significant positive contributions to her community and family.

Thank you for considering this reference.

Sincerely,
Dannybel M. Sena

Honorable Judge Buchwald,

My name is Martha Beltre, I reside in the Bronx, New York and I am Sarah Valerio Pujols' cousin. I have known Sarah since she was born. We don't see each other frequently due to our different paths in life, but we communicate and interact with each other every time we can.

What I can say about Sarah is that she has always been very affectionate and cheerful. At family gatherings she is always the life of the party. With her charisma she conquers and delights everyone present. Sarah has been working from a young age and works hard to improve herself at every job. Nowadays, Sarah is caring for her mother as a home health aide. I know that she takes care of her with great care and dedication.

For many years Sarah wanted to be a mother and had many difficulties conceiving. When she finally was able to do so, it was during the pandemic. That was a very difficult time for her because she was alone during such a hard time and suffered from depression.

Now Sarah is a mother and I have seen how she takes care of her 3 year old child, ▇▇▇ I have seen how she prepares food for her son with so many details that it cannot go unnoticed. The child's clothes are always clean and very neat. They are always together, and the best of all is the quality time she dedicates to the child every day.  I don't think either of them could bear to be separated. Something like that would be very devastating for both of them.

I, as well as our family and friends, were shocked to learn what happened. We couldn't believe this had happened to Sarah because she has always been very judicious and careful with her actions. We can't stop thinking about her child who is only 3 years old and needs his mother.  We all think that the bad influences around her and the depression she was experiencing made her succumb to making bad decisions.

Before this happened Sarah had many aspirations for her future. She said she wanted to resume her studies, pursue a career, and get a job to perhaps move to another state where she and her son can live in peace and be financially stable. These are all goals she is still interested in achieving after this case is over and is actively pursuing.

Sarah is currently in a deep depression and completely regrets her actions. She feels deep remorse for her actions. When all this is over, our family will support Sarah and help her get her life back, both emotionally and financially. We all know that bad actions have consequences, but at the same time we hope that Sarah can have the opportunity to resume her life again and not be separated from her child.


Sincerely,

Martha Beltre

Dear Judge Buchwald,

My name is Onaney H Grullon-Baez I'm a very close friend of Sarah Valerio Pujol. Our friendship started around 25 years ago when a mutual friend introduced us. Since the first time I saw her I knew we were going to be great friends.

Sarah is very special. She is a friend that is always there to make your life better, she is very supportive and loving. In 25 years we have gone through many situations in life, some very happy and others very difficult. She helped me through a major breakup and when I thought that I was not able to keep going she showed me that life is hard sometimes, but I was strong enough.

Another major situation was during my early years of motherhood, she understood when I was feeling happy, sad, or guilty. She always understood my different moods and never judged me. In those critical times of my life she was always there as my friend and my sister, the sister I choose. She always makes me feel like everything is going to be alright and no matter what we will always be friends, we will always be family.

Sarah is part of my family. My teenage daughter loves her Titi Sarah, and my mom, sister, aunts, and cousins consider her another member of our family for 25 years now. She is most genuine person I know. She is non-judgmental, considerate, loving, and most importantly always willing to help and make things better for the people she loves. Seeing her with her sibling is beautiful, the way they love, respect, and complement each other. Especially with her oldest sister who is like her second mom. The way she takes care of her mother, making sure she has everything she needs on a daily basis like taking her to doctors, helping around the house, etc., speaks to Sarah's caring nature.

█████ was the most wanted baby I know, Sarah wanted to be mom with all her being. God knew that someone like Sarah with all that love in her heart needed to have a baby to love and cherish. As a mother she is spectacular, amazing, and awesome. I have no words to explain how lucky baby ████ is to have such an incredible mother. She is his everything and I have never seen her alone in almost 4 years because ████ is always with her. They have such a special bond and it's beautiful to witness.

I'm so thankful and blessed that God put her in my life because she makes me better, she always has added to my life in so many ways. She is the person that I can feel completely free with, that I can be my true self without any fear of judgement. Sarah is a blessing to me and to everyone around her, she is my sister and I will always support her and love her the way she has always done with me.

Sincerely,
Onaney Grullon-Baez

34

Honorable Judge Naomi Reice Buchwald
United States District Judge
Southern District of New York

Dear Judge Buchwald,

My name is Luritza Reichard, and I am writing this letter in hopes that it will show what an excellent person Sarah Valerio is, despite of the circumstances she is facing today. Sarah and I met in 2013, when her nephew, with whom I was married to and have a daughter with, introduced us during one of my visits to New York. Since then, we have established an excellent relationship.

At that time, I was living in the Dominican Republic, and I used to send my children on vacation to New York with her, when she was working as a flight attendant. My children have always loved her for being a loving aunt and for always being present on the most important and special dates, such as their birthdays, Christmas, and Thanksgiving. Sarah is an exceptional mother, daughter, sister, and friend.

She is one of the most cheerful, optimistic, and positive persons I have ever met in my life. Sarah is not only in charge of caring for her 4-year-old son ██████ but also her 82-year-old mother who is having health issues. Also, a few months ago, her father Valerio was diagnosed with cancer. Since then, they have been fighting this other battle that has been incredibly challenging for the entire family.

Unfortunately, Sarah has these current charges against her which I was incredibly surprised to hear about. I am sure that Sarah is ready to accept responsibility for her actions and that this will make her a better person for her own well-being, the people who love her, and the society that surrounds her.

I hope this court will take this letter into consideration. Despite the current case, Sarah is an honorable human being who is loving to her family and friends and has always been there when we needed her most. We ask for some leniency in her case.

Sincerely,
Luritza Reichard

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York

Dear Judge Buchwald,

Thank you for taking the time to read this letter. I am writing to support Sarah Valerio
Pujols, a close friend I've known since 2011. We first met while working at JetBlue
Airways, where I had been employed for seven years. Our friendship blossomed
immediately, drawn together by her exuberant and lively personality.

Since meeting Sarah, she has consistently demonstrated kindness, humility, and a strong
commitment to her family. She is a steadfast supporter of her friends and family,
especially her parents. When her mother fell ill, Sarah was there to assist with household
chores, run errands, and accompany her to doctor appointments, ensuring her comfort
during that difficult time. Recently, despite her father living out of state and his cancer
diagnosis, Sarah finds time to visit and offer him emotional support.

Sarah is especially caring towards children. When she met my four-year-old daughter, it
was clear she had a natural ability to nurture. She made sure my daughter was
comfortable, ensuring every moment was enjoyable and memorable. Sarah has always
dreamed of having her own family. After getting married in 2016, she faced challenges
with conception and decided to adopt a dog, Frida, to add to her family. The joy Frida
brought was immediate and evident.

In 2020, I was thrilled to learn that Sarah had given birth to her son ███ during the
pandemic. Having witnessed her nurturing qualities with her mother, nieces, my
daughter, and my nephew, I knew she would be an excellent mother. Spending time
with Sarah and ███ it's clear how much ███ loves his mother and how diligently
Sarah works to ensure he is well-cared for and raised to be a remarkable person. It's
undeniable that any absence of Sarah in her family's life, especially Thiago's, would be
deeply felt.

Once Sarah's legal proceedings conclude, she plans to continue her dedicated support
to her family, particularly ███ I am committed to supporting my dear friend Sarah
and helping ███ grow into a man we can all be proud of.

Sincerely,
Mariela Maria

July 28, 2024

To Whom It May Concern,

I am writing to offer my strong support for my sister, Sarah Valerio. As her brother, I have known Sarah all my life, and our bond has been a central part of both our lives and the lives of our family.

Sarah is a deeply compassionate and responsible person who made one mistake, one she profoundly regrets. She is fully aware of the seriousness of her actions and is committed to taking responsibility and making amends. Her determination to learn from this experience and move forward is unwavering.

Sarah's four-year-old son is her greatest joy and the center of her world. Becoming a mother transformed her life, giving her a new sense of purpose and fulfillment. The bond between them is incredibly strong, and she strives every day to be the best mother she can be. Her love and dedication to her son are evident in everything she does.

Growing up together, I have always admired Sarah's kindness and willingness to put others before herself. She has a natural ability to bring light and joy to everyone around her. Whether it's family, friends, or even acquaintances, Sarah is always there to lend a helping hand and provide support. Her humor, generosity, and thoughtfulness are just a few of the qualities that make her so special.

Our family is very close, and Sarah's presence has always been a source of strength and unity for us. Her actions in this case are completely out of character, and I believe they do not reflect who she truly is. She made a bad decision, but that does not define her as a person.

I respectfully request leniency in Sarah's sentencing, taking into account her background and her sincere potential for rehabilitation. She is eager to move forward, learn from this experience, and continue being a positive influence in her son's life and our community.

Thank you for taking the time to consider my perspective. I am confident that, if given the opportunity, Sarah will demonstrate that she is deserving of a second chance and will use this experience to better herself.

Sincerely,

Daniel Valerio

Daniel Valerio

Honorable Naomi Reice Buchwald
United States District Judge
Southern District New York

Dear Judge Buchwald:

I am writing in support of Sarah Valerio Pujols, whom I have known for 15 years. I met her when I was 8 years old when her and my father, whom she is currently married to, started their relationship.

I spent a lot of time with Sarah when I visited with my father on weekends. I don't remember much of the details of what we did, but I do remember that I always loved spending time with her. She made me feel safe and loved. I can say that, to this day, I love, respect and admire her. Sarah has always been a person I've looked up to because of her kindness, loyalty and selflessness. I see that in her time and time again, especially when she interacts with my little brother, her son, █████ She is one of the best mothers I've known. She is dedicated, loving, and patient with █████ same as she was with me. This is apparent because my brother is a kind, happy, and loving toddler, which is a clear reflection of who she is.

Your honor, I know Sarah has made a mistake, but I also know she has a strong moral compass. I have no doubt that she will continue to be a productive and law-abiding member of society. I strongly believe that she deserves clemency and leniency, and I am confident that Sarah will not fail to uphold the highest standards of conduct in the future.

Thank you for taking the time to read my letter.

Sincerely,

Dyllan Perez

July 28, 2024

Honorable Judge Naomi Reice Buchwald

United States District Judge

Southern District of New York

Dear Judge Buchwald,

I am writing to offer my heartfelt support for my sister-in-law, Sarah Valerio. I have known Sarah for over 25 years, and our relationship has grown into one of deep mutual respect and affection. Sarah is a wonderful person who made one mistake that she deeply regrets. She understands the seriousness of her actions and is fully prepared to take responsibility. Sarah is determined to learn from this experience and move forward in a positive direction.

Sarah has a four-year-old son who is the light of her life. Becoming a mother has profoundly transformed her, giving her a new sense of purpose and fulfillment. The bond between Sarah and her son is one of the most beautiful relationships I have ever witnessed. She strives every day to provide the best life possible for him, and her commitment to his well-being is unwavering. Watching Sarah evolve into motherhood has been incredible, and it is clear that her son is her greatest joy and purpose in life.

Throughout the years, I have seen Sarah's unwavering kindness and extraordinary willingness to help others. She consistently puts friends, family, and peers before herself in any situation. Sarah is the brightest light in our lives, always bringing joy and warmth to those around her. Her selflessness, humor, generosity, and thoughtfulness are truly remarkable. Her actions in this case are entirely uncharacteristic and do not reflect her true self. She made a poor decision, but that does not define her as a person.

I respectfully ask for leniency in Sarah's sentencing, considering her background and her sincere potential for rehabilitation. She is eager to move forward, learn from this experience, and continue being a positive influence in her son's life and our community.

I trust that Sarah will use this opportunity to become a better person. Her strength, resilience, and capacity for growth are immense, and I have no doubt that she will make the most of this chance to improve herself and continue to be a loving and dedicated mother, sister-in-law, and community member.

Best regards,

*Alis Almonte*

**Alis Almonte**

39

Honorable Naomi Reice Buchwald

United States District Judge

Southern District of New York

Dated: 1st of August 2024


Your Honor,

I am writing to speak on behalf of Sarah Valerio Pujols, who is appearing before your court. I would like to introduce myself as Angela Soto, working in the position of an Accountant in Amcap, Inc.

I have known Sarah for the past 25 Years. We met during college while we studied and worked together in a sneaker store called Active Warehouse. Sarah is an ex colleague who then became family. Throughout our young working career, we had the privilege to work together in three other organizations: Victorinox- Swiss Army, Sephora and Alma Realty Corp. When either of us acquired a better opportunity, we then referred one another, working alongside throughout those 10 years. This demonstrated trust, honesty and sincerity among one another.

In the time that I have known Sarah, I have always been impressed by Sarah's character and integrity. Sarah is extremely organized and efficient. A True pleasure to work with. Her greatest strength was the ability to work effectively with many different people. Sarah's strong time management and communication skills empowered her performance and motivated me immensely. Staying focused allowed us to meet deadlines successfully.

Sarah is always extremely positive. A positive attitude breeds enthusiasm, motivation, and a proactive approach to work. Having a positive outlook, one is more likely to embrace challenges, seek opportunities for growth, and approach tasks with vigor. This mindset fuels all productivity and empowers to perform at your best. This was Sarah!

Sarah is a very hard-working individual and everyone she came across has immense respect for her. Sarah always goes out of her way to help others, this is embedded in her. Working alongside throughout all those years there was no instance where Sarah did not help a colleague during challenges or did not forfeit her own commission to see a colleague triumph. There has not been a single incident where there was a complaint against her.

Sarah is a strong believer in family values. One specific example that stands out to me is when Sarah gave up her career for her family. She gave up her job to take care of her elderly mom and her son. This act of kindness and selflessness is just one example of the many ways in which she constantly demonstrated courageousness in her daily life.

I strongly believe that Sarah is a good person who made a mistake and is truly remorseful. I hope that you will take her character into consideration when determining her sentence.

I have no doubt that Sarah will continue to be an asset to society and will make a positive impact in the future. Thank you for your time and consideration.


Yours sincerely,

Angela Soto

**Honorable Naomi Reice Buchwald**
**United States District Judge**
**Southern District of New York**

My name is Jashira Nieves, and I am a family friend of Sarah Valerio Pujols. I first met Sarah around 8 or 9 years ago when she was friends with my older sister, Geovanna. She would come over to our apartment for sleepovers, which I always looked forward to. I thought she was so cool, down-to-earth, and funny. I often told her, "I wish you were my sister instead."

Sarah has been a part of my life for over 25 years, and she has been there not only for me and my sister but for our entire family. We welcomed her as if she were our own, and she reciprocated that warmth. Sarah has joined us in both our happiest and most challenging times. One of her best qualities is simply being an overall great person. She starts conversations and makes you laugh, and if you need help, she is the first one there. I can't think of anyone who is as genuinely wonderful as she is; once you meet her, you'll end up loving her too.

One of Sarah's goals in life was to become a mother, and I knew it was a difficult journey for her due to trouble conceiving. So, one day when my family was over at my sister's house, Sarah called. My sister put her on speakerphone, and Sarah announced that she was pregnant. I was overjoyed, and there wasn't a dry eye in the house. That memory stands out as one of the best I've shared with her and my family.

As a mom to ▮▮▮▮▮ Sarah is incredible. Her little boy is so attached to her; he is practically glued to her side. She is protective, loving, and caring. She is an amazing parent and well-loved by everyone. Additionally, she is a devoted dog mom to Frida, who is the calmest dog and a great addition to her family. Sarah treats her dog with as much love as she does her family, bringing Frida to family gatherings where we all enjoy holding and cuddling her. Sarah is attentive and ensures that Frida is well-fed and cared for.

Upon hearing the news of Sarah's arrest, I was in disbelief. It didn't seem like something Sarah would do. She is such a loving, kind person with a positive outlook on life. The only explanation I can think of is that she may have been misled or set up. I cannot reconcile the allegations with the person I know her to be. While she may have faced financial difficulties, those actions don't align with her character. I know she undoubtedly feels immense remorse and regret.

I haven't spoken to Sarah in a few months, so I'm unsure of how she is doing now. However, I know this situation has had a tremendous impact on her life, especially concerning her husband and son. Her son is deeply attached to her, and it would be heartbreaking for both of them to be apart. The situation is undoubtedly affecting her well-being. I wish I could be there to offer her comfort and support. It's painful to see someone you care about going through such a difficult time.

I believe in a positive future for Sarah. She is a bright light, and if she is determined to achieve something, she will. I know she will work hard to take care of her son, be present with family and friends, and plan for a better future for herself and her loved ones. I am committed to supporting her in any way I can.

Sincerely,

Jashira Nieves

August 7, 2024


Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York


Dear Judge Buchwald,

My name is Abraham Walters, an active police officer for the NYPD for over nine years and I am writing this letter of support for my dear friend Sarah Valerio. I want to bring to your light the kind of person that she is despite the situation that she is facing recently.

I have known Sarah for over twenty years as a family friend. I met her through my family whom have her family known since she was a child. On many occasions, we met up at family events, then began to develop a friendship that consisted of meeting for social events and volunteering at various community centers. Sarah also introduced me to her best friend, Ana Minaya, who became my wife in 2006, and she is my first daughters' godmother. I've grown to love and cherish our friendship that has evolved into her being part of our family.

Sarah is honest, respectful, and generous to everyone she meets, especially if she knows someone is in need. She currently is the care-taker for her mother and when she's not caring for her mother, she's caring for her son, ███████ who is three years old. Not being able to take care of her mother and son due to her potential incarceration will be detrimental to their well-being, especially because they depend on Sarah.

In regard to the crime that Sarah has committed: I know that it is her first offense and she has always been a law-abiding citizen. Although she may have made a mistake, I am sure it was due to financial hardships. This case has impacted her entire family and friends, leading her to fall into depression. Since Sarah is the main caretaker for her mother and young child, the possibility of her not being present will impact their quality of life negatively.

After this is over, which I hope it will be in the near future, our family and friends will continue to support Sarah in the endeavors she has planned to get past this rough time. Please use your utmost benevolence and mercy in this case. I strongly believe Sarah is a strong asset to society and I am sure she will learn from this experience and will not think of repeating it. I hope you consider this letter of support before passing on any verdict.

Thank you for your time and consideration.


Very Respectfully,

Abraham Walters

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York

Dear Judge Buchwald,

I am writing this letter to offer my support for my friend Sarah Valerio, who is currently before your court. I have known Sarah now for over 10 years. I met her a few years after moving to New York with my wife and my two daughters. It was a difficult time for me and my wife, coming into the unknown as we left the rest of our families behind, looking to better our children's lives with more opportunities, not knowing we would find a city full of people but a very lonely one. I am honored to speak to her good character and the immediate connection we had, being the first person to open her doors and heart, making us feel like family.

From the moment I met Sarah, I recognized her as a person of God, a person of integrity, kindness, and generosity. I witnessed how Sarah has always been a supportive family member and friend. Always caring about her entire family, with a natural matriarchal position among her siblings and taking care of her nieces, nephews and everybody else around her. Sarah displayed early before becoming a mother how she would be the great mother to ▮▮▮▮ that she is today; to the point that she was the only person we felt comfortable enough to leave our precious daughters to be cared for when necessary.

It was devastating for us to learn about this incident. My belief is that Sarah found herself in an extremely difficult and emotionally challenging situation. Due to the immense pressure and heartache of her struggles with infertility, she made choices that were not indicative of her true character. The desperation and stress she faced in her deeply personal journey to start a family significantly impacted her judgment.

I understand the gravity of the current situation, and I do not intend to downplay the seriousness of the matter before you. However, I firmly believe that Sarah's actions in this case were out of character and not reflective of the person I know her to be. Sarah's mistake had a profound ripple effect on her family, her friends and more importantly her 3-year-old son, ▮▮▮▮ She has expressed genuine remorse and has shown a sincere desire to make amends.

I respectfully request that you consider Sarah's good character when making your decision. I believe that given the opportunity, Sarah will continue to be a valuable and upstanding member of society.

Thank you for your time and consideration.

Sincerely,

Yadel A. Morales-Bruno

August 8th, 2024

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York

Dear Judge Buchwald,

In hopes that this letter finds you well, I'll begin by introducing myself. My name is Guillermo Minaya Jr., I am currently a federal employee and I have known Mrs. Sarah Valerio for approximately 28 years now. I came to know Sarah via my sister Ana Minaya-Walters who has been high school friends with Sarah since 1996. Since then, Sarah and I have been close; like family one could say. We have spent a lot of time together, from birthdays and family gatherings to casual dinner nights.

To speak of Sarah's character is to say she is a great person. In numerous occasions, she has given me great advise and has religiously adhered to the term "sister". I can recall when  I learned that I was a father to be and was a nervous wreck. Having a human-being depend on me to safeguard, provide and teach life lessons to was somewhat daunting for me, but shortly after someone showed me that there was nothing to fear. In comes Sarah Valerio. I remember we were at my sister's apartment when I had told her the news. She could hear how worrisome  I was and gave me truly the best advice that I have received. She told me "you are about to build the most meaningful relationship of your life, being a superhero to your son". At first, I didn't fully understand the meaning behind her words but shortly after, I came to realize that no truer words have been said. I saw my father in those words and how I saw him as my superhero. My dad was always there to provide, nurture and safeguard. He did an amazing job and all I had to do was try to be the same for my soon to be born son. You may ask yourself, how can someone give such great advice without having gone through the experience or baring children herself? I guess it was not only her motherly instinct, but also what she saw in me as a person to know that she just had to highlight what I already knew but didn't realize at the moment.

Another moment where I could briefly describe Sarah's character was in 2023 when I had expressed the news to my family that I was engaged and soon to married. Sarah quickly took it upon herself, with the help of my sister, to plan and decorate a small bridal shower for my fiancé and I. Needless to say that we were more than surprised at what they had concocted for us. Who was at the center of it all with smiles and excitement…. Sarah Valerio. Showering us with hugs, kisses and best wishes, she knew how to ease the load of thoughts running through our minds. These memories should show without a shadow of a doubt that Mrs. Sarah Valerio is someone that has always been of good character and positivity. Readily available to help out her friends and family without asking for anything in return. She is known by many and loved by many more.

To touch base on the offense committed and my opinion in regard to the matter, I believe that Sarah did not intend to perform any malicious actions. It is of my opinion that  being the helpful and generous person that she is, she tried to help a friend that requested her help. Sarah has never led a lifestyle full of glamour or the so called "Hollywood Lifestyle". She has been barred with many life struggles such as having difficulty with conceiving a child. Always leaving it to God's will, the Lord had blessed her with a child. A child that adores his mother and one that needs to have his mother by his side. He is her little sidekick. Always there to put a smile on her face.

Since becoming a mother, Sarah has dealt with many hardships. From those that I could recall, financial hardships, childcare, and even being unemployed. Being a parent is not easy and providing for your child is difficult. Add those three elements together and even the strongest of the strongest would bend and break. But Sarah being Sarah, she fought and toughed it out. How? With positivity, love, and actions of generosity.

I know Sarah regrets her actions and what is transpiring with this judicial situation. The thought of being away from family, friends, and most importantly her son and husband terrifies her. Her son is at an age where he is blank canvas and absorbs all the knowledge she instills in him. From learning numbers, colors, and animals, to the sheer experience of having breakfast and watching tv together. Having his mom present and knowing he can count on her if he need anything is crucial to his development. Having to depend on other relatives to help with his care and education would be difficult both for her son and her husband. Having to spend time afar from him when he hits a milestone in his life, birthday, kindergarten graduation, first bike ride. Her husband would also have to raise their child on his own while working full-time. Affording care and all that entails with raising a child alone and working enough hours to provide for a family is mentally and physically demanding.

I've known for some time that Sarah aspires to get back to the workforce and provide a better life for her loved ones. She had thoughts of moving out of the city to be closer to family members as the cost of living in New York is extremely high. This would also allow her son be around family members that don't get to see him often and share in the joy this little boy brings to everyone that interacts with him. I have extended my assistance to her and her husband in any way that they feel best. I am soon to open a business where I plan on making Sarah a liaison, as many would benefit from her lively and friendly demeanor. This should hopefully alleviate the stress of being in the predicament she has been in for years.

I pray that you see the truth and sincerity in my words and take them into consideration. I ask for leniency for a person that committed a mistake whose consequences could negatively impact the lives of her loved ones, but most importantly the one of a 4 year old boy.


Sincerely,

Guillermo Minaya Jr.

To Whom It May Concern,

My name is Yarilda Gomez, a close friend of Sarah Valerio Pujols, although I consider her more like a sister.

Me and Sarah met almost 22 years ago and since then we have been close friends. She is one of my most loyal friends and has been present in many difficult, sad and happy moments of my life. She was there to support me when I went through my divorce and helped get me out of the abyss that is depression at that time. She was by my side during the long fight against my father's cancer, the one who loved Sarita (as he called her) like another daughter.

Sarah is a selfless human being who can be counted on at all times, and she is willing to help within her means. She always puts the well-being of her family ahead of her own. I have witnessed the family unity with all her siblings and the respect she feels for each of them, especially for her sister Helena who is like a second mother to Sarah. I have also seen the way she takes care of her mother, who depends on her to carry out many of her daily activities. Sarah makes sure that she does not lack for anything and that she is well taken care of at all times.

Baby ▮▮▮▮ is a lucky little boy to have a mother like Sarah who loves him madly. He is definitely mommy's boy and they share an extremely close bond which I ask God to never break due to their separation, since I am sure it would be devastating for baby ▮▮▮▮ It would also be difficult for her husband, Eduardo, her family and everyone who loves and knows who Sarah really is.

Sarah is part of the family that was put on my path, and I am immensely grateful to count on her just as she always counts on me.

Sincerely,
Yarilda Gomez

August 7th,2024

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York

Dear Judge Buchwald,

My name is Francia Fernandez and I have known Sarah since she was born. I know Sarah and her family from our church back in the Dominican Republic. She attended our Church school and church services every week with her family. I was so troubled and surprised to hear about her recent case. Because of this situation, I decided to write this letter for Mrs. Sarah Valerio Pujols.

As a little sweet girl, Sarah always was happy, and very well behaved. I always remember Sarah walking to school or church with her siblings, she was the little princess of a family of five. Since then, she has grown up and created a wonderful family with a husband and a very smart little child, which she is raising with wisdom and caring.

I was surprised to hear of the misconduct. While it is unfortunate that she has made some bad decisions resulting in this case, I know Sarah has always been an upright character in the community and to all people who are close to her. It comes as no surprise that Sarah is ready to accept responsibility for her actions. In fact, Sarah already expressed a deep sense of remorse in making such a serious mistake. I truly believe in her ability to make amends with society and her family, and I believe she will emerge a better person from this moving forward.

I understand the seriousness of this matter, however, I hope you will show some leniency. It is my sincere hope that the court that you preside takes this letter into consideration at the time of sentencing.  Despite the current case, I still believe Sarah Valerio Pujols to be an honorable individual, a valuable, and good human being.

Sincerely,

Francia Fernandez

August 7, 2024

Honorable Judge Naomi Reice Buchwald

United States District Judge

Southern District of New York

Dear Judge Buchwald,

Since I met Sarah Valerio in 1999 as the schoolmate of my daughter, Geovanna Abraham, I became her mother, as she affectionately nicknames me. My whole family adopted her as part of our own.

I write this letter with the pain of my soul and the satisfaction of supporting this beautiful woman that I adore and respect. Who can't love her? She is all sweetness, charismatic, loving and above all has proven that her motivation to have a baby led her to achieve it and be the best mother for him.

We support her in her triumphs and are there for her after her mistakes. As human beings, we go through so many challenges and sometimes we commit errors. I am positive that the mistakes we make do not shape our being and who we are, but are moments of weakness from which we learn from.

All that's left for me to say and affirm is that Sarah Valerio Pujols is a beautiful human, amazing mother, marvelous daughter, and, above all, will lift herself up from this situation and move forward as a stronger person.

Sincerely,

Aida c. Acosta