

10/18/2024

Sarah Valerio

Dear Sarah,

We are pleased to offer you the position of Spanish Bilingual Customer Service Representative reporting to Dalton Johnson effective 11/18/2024.

This letter highlights the basic components of your employment offer and sets forth the conditions to your acceptance of this offer. It is not intended to be a comprehensive description of all benefits available to you or to provide the details of the plans that govern the administration of compensation or benefits programs as our offerings change periodically. In the event of any conflict between this offer letter and a plan document, the plan document will govern. As an employee, you will be able to access information about your benefits at any time through our employee portal. In the meantime, if you have questions about your compensation or benefit offerings, please contact me.

The following are components of your offer:

**Rate of Pay -** Your initial rate of pay will be $17.50   an hour, payable on a bi-weekly basis.

**Benefits** – CVS Health offers a comprehensive benefits package to all eligible colleagues. Benefits will be available to you starting the first of the month following your date of hire. You will receive an email reminder to access Colleague Zone online to make elections for your health and welfare benefits in the benefits portal. To get to the benefits portal, go to the Colleague Zone home page and scroll to the bottom to My Applications, click view all until you see Your Benefits Coverage and click on it. Once hired, you will be able to access Colleague Zone and the benefits portal to review all health and welfare benefits information and you have 30 days from your hire date to make benefit enrollment elections. If you have questions about your new hire benefits you can contact the CVS Health HR Service Center at 888-694-7287 and say Health and Well-being, Monday – Friday 8:00 am to 8:00 pm EST.

**MyTime** - You will be eligible for 16 Days of MyTime annually which will be prorated in your first year of service based on your service date.

**CVS Discount Card** - You can now download the CVS App to your smart phone and start using the CVS Discount card a few days after you are hired. Simply download the CVS app to your smart phone, go into your account and then ExtraCare.  To get your CVS Discount card number: Colleague Zone > HR > Browse All and then on the right hand side see Employee Discount card.  Please allow 48 hours after you start working for your card number to display.  If you do not have a smart phone or would like a physical card please request in Colleague Zone same path where your card number is displayed and request first option (Request Physical key tag/replacement card).  If you work in a Store you will automatically be sent a physical card and please allow 3-4 weeks to receive.  For information on the CVS Discount card just search "CVS Discount Card" in colleague zone.

In addition, as a condition of this offer and your employment, you are required to follow the following restriction(s): [#Govt Review Restriction]

Conditions of Offer - Your offer of employment is contingent upon CVS Health receiving successful results of our pre-screening process which may include confirmation that your name does not appear on any state or federal health care excluded parties list and receipt of "approved" criminal background check and "passed" drug test results if applicable.

**Americans with Disabilities Act (ADA):**  CVS Health is fully committed in its compliance with the Americans with Disabilities Act.  If you have a disability and need a reasonable accommodation to perform essential functions of your job, please contact Colleague Relations (888-694-7287).

This offer of employment is contingent upon execution of a Restrictive Covenant Agreement (RCA) which is associated with your role. Where applicable the RCA associated with your role will be presented electronically with your offer. You will not be permitted to start work unless and until this RCA is executed and returned to CVS Health. While we hope that you have a long, successful, and rewarding career with CVS Health, this offer is for "at will" employment and is not a contract, such that either you or the Company may terminate the employment relationship at any time.

It is important to understand CVS Health does not want you to violate any agreement you may have with any other entity by accepting this offer of employment. Further, know that CVS Health does not want you to use confidential or proprietary information from other employers in your work for us. In fact, we prohibit such conduct.

By accepting the terms of this offer, you confirm that your employment with CVS Health will not violate the terms of any agreement you may have with any other entity, and that you will not provide CVS Health with any trade secrets or any other confidential information from any prior employer. If you have not done so already, you must provide a copy of any non-competition, non-solicitation, and/or any non-disclosure agreement, which may still apply to you.

If you have any questions, please feel free to contact me.  Congratulations on your new opportunity!

Sincerely,
Amina Lewis [C]