

# Kelm Academy
### Office of the Registrar

Dear Sarah Valerio,

Congratulations! It is with great pleasure that we offer you admission to the PINACLES program at Kelm Academy for Summer 2024. Your thoughtful determination convinced us that you have the intellectual energy, imagination and talent to flourish. We are thrilled to welcome you to the Kelm family and look forward to the unique contributions you will make.

As Kelm Academy is probably one of the major decisions you will consider in achieving your personal and professional goals, the exciting next step is now yours. The final stage in admission is to attend the orientation session to receive your program information and materials (laptop, Wi-Fi voucher, books, etc.). **You must bring this letter, your SNAP case #, and a state photo ID.** During the Summer session, the program will be held virtual, but orientation is in-person.

| | |
|---|---|
| Orientation: | May 21st, 2024 – 10:00am-12:00pm |
| | Queens College – Tech Incubator |
| | 65-30 Kissena Boulevard - CEP Hall #2 |
| | Queens, NY 11367 |
| Semester: | May 21st - July 21st |
| | Online (Zoom Account) |
| | In-Person (Queens College) |
| Contact: | NYC Phone: (347) 455-0774 |
| | Office of Student Affairs |
| | studentaffairs@kelmacademy.org |

You must confirm attendance for admission to the Queens College campus and receive materials. If you have not done so please fill Orientation Attendance form Click this link https://forms.gle/bgDNiWj8y8BfN4oM7 . Once again, I extend my congratulations on your admission and Kelm looks forward to helping you reach your greatest potential.

Sincerely

*K. Moorning*

Prof. K. Moorning
Office of Academic Affairs

---

Education for Lifelong Success
**office:** NYC: 347.455.0774 | LI: 516.893.2800 | **fax:** 516.387.0033 |
**website:** kelmacademy.org | **email:** registrar@kelmacademy.org
Nassau County, New York | New York City, New York