

# Kelm Business School
### New York City

## Sarah Valerio

has successfully completed the
Pathways Inspiring the Next-Generation's Aspirations and Choices
for Long-Term Excellence & Success Program

## PINACLES

This certificate program is a career, talent, and professional development program for cultivating in-demand skills and knowledge for high growth industries. Tailored to provide participants with essential techniques for mastering productive working relationships, they develop strategies for maximizing performance.

### CREDITS
48 – Professional Development Units (PDUs)
8 – Continuing Education Units (CEUs)

LYNBROOK, NEW YORK, AUGUST 1, 2024

Professor Kim Moorning
Chief Academic Officer
Kelm Business School



## CERTIFICATE OF COMPLETION