# Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor, New York, NY 10007
Tel: (212) 417-8700  Fax: (212) 658-9483

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

February 26, 2025

**BY ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     **United States v. Sarah Valerio Pujols**
         **24 Cr. 442 (NRB)**

Honorable Judge Buchwald:

I write to request that Your Honor order the United States Pretrial Services Office in the Southern District of New York to release Ms. Sarah Valerio Pujol's passport to Ms. Valerio or to a representative from my office. Ms. Valerio's passport was surrendered to Pretrial Services during the pendency of her criminal case. On January 30, 2025, Ms. Valerio received a sentence of time served with one year of supervised release. Pretrial Services will only release Ms. Valerio's passport pursuant to a Court order. We thus respectfully request that the Court order the release of his passport.

Application granted. **So ordered.**

Respectfully submitted,

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Marisa K. Cabrera
Assistant Federal Defender
(212) 417-8730

Dated: February 27, 2025
       New York, New York

cc:     AUSA Benjamin Anthony Gianforti